630

No. 820. UNITED STATES FOR THE USE AND BENEFIT OF F. B. SPEARS & SONS v. ARTHUR STORM CO. ET AL. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. P. J. J. Nicolaides* and *William F. Kelly* for petitioner. *Mr. Samuel Shapero* for respondents.

No. 830. VIRGINIA IRON, COAL & COKE CO. v. COMMISSIONER OF INTERNAL REVENUE. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Horace M. Fox, Lewis A. Nuckols, Karl D. Loos,* and *Preston B. Kavanagh* for petitioner. *Solicitor General. Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Ellis N. Slack* for respondent.

No. 836. CONTINENTAL CASUALTY CO. v. FIRST NATIONAL BANK OF TEMPLE. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Allen Wight* and *O. O. Touchstone* for petitioner. *Messrs. Walker Saulsbury* and *David B. Trammell* for respondent.

No. 837. CROOK v. ZORN, TRUSTEE IN BANKRUPTCY. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. M. Crook, pro se.* No appearance for respondent.

No. 841. CURTIS v. WATSON. May 15, 1939. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Knowlton Durham* for petitioner.